UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA, )
 ) 2:04-CR-504-JCM-GWF
Plaintiff, )
 )
vs. )
 )
CLEVELAND DARREL MITCHELL )
 )
Defendant. )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#115) on June 28, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $4,059.80

Name of Payee: BANK OF AMERICA
Amount of Restitution: $6,089.70

**Total Amount of Restitution ordered:** $10,149.50

Dated this 17th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE